**DISMISS and the Opinion Filed December 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00248-CR

## CARLOS DANIEL PADILLA, APPELLANT

## V.

## THE STATE OF TEXAS, APPELLEE

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1659454-U**

## MEMORANDUM OPINION
Before Justices Bridges, Whitehill, and Nowell
Opinion by Justice Whitehill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion. The motion to withdraw is **GRANTED.** The appeal **is DISMISSED** and this decision shall be certified below for observance. *See* TEX. R. APP. P. 42.2(a).


/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
Tex. R. App. P. 47
180248F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

CARLOS DANIEL PADILLA, Appellant

No. 05-18-00248-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-1659454-U.
Opinion delivered by Justice Whitehill.
Justices Bridges and Nowell participating.

Based on the Court's opinion of this date, the motion to withdraw is **GRANTED.** The appeal **is DISMISSED** and this decision shall be certified below for observance.

Judgment entered December 11, 2019